1
2
3
4
5
6

Thomas Lether, WSBA #18089
Eric J. Neal, WSBA#31863
Kasie Kashimoto, WSBA #54268
1848 Westlake Ave N., Suite 100
Seattle, WA  98109
P: 206-467-5444 / F: 206-467-5544
tlether@letherlaw.com
eneal@letherlaw.com
kkashimoto@letherlaw.com
*Counsel for Plaintiffs*

7
8
9
10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

11
12
13
14
15
16
17
18
19
20
21
22
23

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company; THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company; THE CHARTER OAK FIRE INSURANCE COMPANY, a foreign insurance company; ST. PAUL GUARDIAN INSURANCE COMPANY, a foreign insurance company; and FIDELITY AND GUARANTY INSURANCE COMPANY, a foreign insurance company, <br><br> Plaintiffs, <br><br> v. <br><br> COLUMBIA ASPHALT & GRAVEL, INC., a Washington company; COLUMBIA READY-MIX, INC. , a Washington company; LSL PROPERTIES, LLC, a Washington limited liability | No. <br><br> **COMPLAINT FOR DECLARATORY RELIEF** |

COMPLAINT FOR DECLARATORY
RELIEF – 1

company; LAWRENCE SALI, an individual; STEVEN SALI, an individual; DELETA SALI, an individual; GAYLE SALI, an individual, and INTERSTATE CONCRETE AND ASPHALT COMPANY, a foreign company,

Defendants.

COMES NOW, Plaintiffs Travelers Property Casualty Company of America, The Travelers Indemnity Company, the Charter Oak Fire Insurance Company, St. Paul Guardian Insurance Company, and Fidelity and Guaranty Insurance Company (collectively, "Travelers") submit the following Complaint for Declaratory Relief against Defendants Columbia Asphalt & Gravel, Inc., Columbia Ready-Mix, Inc., Lawrence Sali, Steven Sali, Deleta Sali, Gayle Sali, LSL Properties, LLC, and Interstate Concrete and Asphalt Company.

## I.    PARTIES

1.1    Travelers Property Casualty Company of America ("TPCCA") is an insurance company organized under the laws of the State of Connecticut with its principal place of business located in the State of Connecticut.

1.2    The Travelers Indemnity Company ("TIC") is an insurance company organized under the laws of the State of Connecticut with its principal place of business located in the State of Connecticut.

1.3    The Charter Oak Fire Insurance Company ("COFIC") is an insurance

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

company organized under the laws of the State of Connecticut with its principal place of business located in the State of Connecticut.

1.4     St. Paul Guardian Insurance Company ("St. Paul") is an insurance company organized under the laws of the State of Connecticut with its principal place of business located in the State of Connecticut.

1.5     Fidelity and Guaranty Insurance Company ("FGIC") is an insurance company organized under the laws of the State of Iowa with its principal place of business located in the State of Connecticut.

1.6     Columbia Asphalt & Gravel, Inc. ("CAG") is a Washington Corporation with its principal place of business located in the State of Washington.

1.7     Columbia Ready-Mix, Inc. ("CRM") is a Washington Corporation with its principal place of business located in the State of Washington.

1.8     LSL Properties, LLC ("LSL") is a Washington limited liability company. On information and belief, all of LSL's members are citizens of the State of Washington.

1.9     On information and belief, Lawrence Sali, Steven Sali, Deleta Sali, and Gayle Sali (collectively, the "Sali Defendants") are natural persons and members of the same family.  Upon information and belief, the Sali Defendants are residents and citizens of the State of Washington or the State of Arizona. It has been alleged that some or all of the Sali Defendants own and/or manage CAG, CRM, and/or

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

LSL.

1.10   On information and belief, Interstate Concrete and Asphalt Company ("Interstate") is an Idaho Corporation with its principal place of business located in the State of Idaho.

## II.    JURISDICTION AND VENUE

2.1    Jurisdiction is properly before this Court pursuant to 28 U.S.C. §1332 as complete diversity exists among the parties and the amount in controversy exceeds $75,000.

2.2    The Court has jurisdiction over this declaratory judgment action pursuant to 28 U.S.C. § 2201 because there is an actual and justiciable controversy between the parties with respect to the existence of insurance coverage under the policies of insurance issued by Travelers. A judicial determination and declaration of the rights and obligations of the parties is necessary and appropriate at this time because Travelers has no adequate remedy at law which will resolve the current controversy.

2.3    Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because this action involves a dispute over the application of insurance coverage under policies written in Yakima County, Washington, the alleged events and omissions which gave rise to this claim occurred Yakima County, Washington, and because Defendants are subject to this Court's jurisdiction.

COMPLAINT FOR DECLARATORY
RELIEF – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

### III.    FACTUAL BACKGROUND

3.1    This case arises from commercial general liability and commercial umbrella policies of insurance issued by Travelers to CAG, CRM, and LSL and the Claims asserted in the Underlying Arbitration[1].

A.    **Ownership and Mining Operations of the Quarry**

3.2    The Anderson Quarry located near Yakima, WA, is a gravel quarry that has been used for mining operations since the 1970s (the "Quarry").    The Quarry is in an area commonly referred to as "Rattlesnake Ridge".    Portions of Rattlesnake Ridge that are unrelated to the Quarry are owned by the Confederated Tribes and Bands of the Yakama Nation (the "Yakama Nation").

3.3    From 1998 to 2017, Columbia operated a mine at the Quarry. It appears that CAG and/or CRM rented and/or leased the Quarry from LSL.

3.4    In February of 2017, an Asset Purchase Agreement was executed between CAG and CRM and Interstate for assets relating to the mining operation at the Quarry.

3.5    Also in February of 2017, Interstate leased the Quarry from LSL.

3.6    Thereafter, Interstate overtook the Quarry's reclamation bond held with the Department of Natural Resources ("DNR"). The reclamation bond gave

---

[1] *Interstate Concrete and Asphalt Company v. Columbia Asphalt and Gravel, Inc., et al.,* American Arbitration Association Case No. 01-20-0000-5105.

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Interstate permission to continue to mine the Quarry.

**B.**    **The Ground Crack**

3.7    On October 2, 2017, the pilot of a small aircraft flying over the area near the Quarry observed a ground crack up the slope and north of the Quarry. The ground crack is located on land owned by the Yakama Nation.

3.8    The ground crack is not located on the ground owned or leased by Interstate.

3.9    DNR was notified the following day, October 3, 2017.

3.10    Subsequently, all mining operations in the area surrounding the ground crack, including the Quarry, were halted.

3.11    It is unknown when the ground crack first appeared, or if another party observed the ground crack prior to October 2, 2017.

3.12    Cornforth Consultants ("Cornforth") was retained by CAG and CRM to conduct a geotechnical assessment of the ground crack and its effect regarding landslide mechanisms and potential impacts on quarry operations. Cornforth determined that the cracked portion of Rattlesnake Ridge was the result of a slow-moving landslide. Cornforth also found that activities associated with mining the Quarry presented a minimal risk to worsen the ground stability.

3.13    DNR approximates the landslide to be 20 acres in size. The landslide is moving south at .7 feet per week.

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

3.14    Subsequently, Interstate petitioned DNR to permit it to resume mining operations at the Quarry. DNR granted permission on a limited basis, allowing mining only on the Quarry's east wall away from the ground crack.

3.15    Upon information and belief, Interstate continues to mine the Quarry per the permission granted by DNR to date.

3.16    Upon information and belief, the land movement at Rattlesnake Ridge has not caused any impact to the land where the Quarry is located.

## C.    **The Underlying Arbitration**

3.17    On February 12, 2020, Interstate filed a Demand for Arbitration with the American Arbitration Association alleging various claims against Columbia and LSL (hereinafter collectively referred to as "Respondents"). The Arbitration Demand involves claims arising from the February 2020 Asset Purchase Agreement and the Lease Agreement between the parties. The Arbitration Demand alleges as follows:

> 3.9 Over the course of negotiating and executing the Asset Purchase Agreement and related documents, Respondents failed to disclose—and, upon information and belief, purposefully withheld from Claimant—information regarding significant geological conditions and deficiencies impacting the Quarry, which were relevant to the purchase of assets, including fissures/cracks near Rattlesnake Ridge.

> 3.10 This information regarding geological deficiencies was material to the Asset Purchase Agreement and the

COMPLAINT FOR DECLARATORY
RELIEF – 7

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

continued operation of business.

3.11 Respondents were aware of significant geological conditions and deficiencies in the subject property or properties, including cracks/fissures in the Rattlesnake Hills, for years prior to execution of the Asset Purchase Agreement.

3.12 Upon information and belief, Respondents attempted to hide the cracks/fissures in the Rattlesnake Hills prior to execution of the Asset Purchase Agreement, including by filling said cracks and fissures with earth materials.

3.13 Despite knowledge of these significant geological conditions and deficiencies, Respondents negligent or willfully failed to inform Claimant of this material information, and instead covered them up so Claimant would not be aware and so the Asset Purchase Agreement and lease would be executed.
[…]
3.16 As a result of the instability at Rattlesnake Ridge, Claimant has incurred significant expense and costs as a result of this event and may incur significant expense and cost in the future.

3.18    Interstate asserts claims for fraud, negligent misrepresentation, breach of contract, contractual liability, and recission against Respondents. Interstate's alleged damages include financial losses, loss of business goodwill, past and future costs and expenses, attorneys fees, litigation costs, and remediation costs.

### D.    Travelers' Investigation and Claims Handling

3.19    After receiving notice of the subject landslide and the Underlying Arbitration, Travelers promptly opened a claim and initiated a coverage

COMPLAINT FOR DECLARATORY
RELIEF – 8

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

investigation.

3.20   As a matter of good faith, Travelers agreed to defend CAG, CRM, the Sali Defendants, and LSL in the Underlying Arbitration subject to an express reservation of rights.

3.21   To date, Travelers has not received any information showing that any property owned or leased by Interstate has been damaged due to the Rattlesnake Ridge land slide.

## IV.    POLICIES OF INSURANCE

### A.    Identification of the 09-14 Commercial General Liability Policies

4.1    Travelers issued multiple commercial general liability policies to CAG, CRM, and LSL which were in effect from April 26, 2009 through November 1, 2014. These policies provided commercial general liability coverage under the terms and conditions set forth therein. The policy numbers and policy periods are set forth below:

| Policy Number | Insuring Entity | Policy Period | Hereinafter Referred to As: |
|---|---|---|---|
| DT-CO-2442M85A-IND-09 | TIC | 04/26/09-04/26/10 | 09-10 Policy |
| DT-CO-2442M85A-IND-10 | TIC | 04/26/10-04/26/11 | 10-11 Policy |
| DT-CO-2442M85A-COF-11 | COFIC | 04/26/11-04/26/12 | 11-12 Policy |
| DT-CO-2442M85A-COF-12 | COFIC | 04/26/12-04/26/13 | 12-13 Policy |

COMPLAINT FOR DECLARATORY
RELIEF – 9

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

| DT-CO-2442M85A-IND-13 | TIC | 04/26/13-04/26/14 | 13-14 Policy |
| DT-CO-2442M85A-IND-14 | TIC | 04/26/14-11/01/14 | 14-14 Policy |

These policies are hereinafter referred to as the "09-14 Policies".

4.2    The 09-14 Policies provide commercial general liability coverage with limits up to $1,000,000 each occurrence and $2,000,000 general aggregate.

**B.    Provisions of the 09-14 Policies**

4.3    The 09-14 Policies contain the following provisions regarding who is an insured:

**SECTION II – WHO IS AN INSURED**

1.    If you are designated in the Declarations as:

    **a.**    An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.**    A partnership or joint venture, you are in insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.**    A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.**    An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or

COMPLAINT FOR DECLARATORY
RELIEF – 10

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

CG 00 01 10 01

4.4    The 09-14 Policies contain the following insuring agreement for Bodily Injury and Property Damage liability ("Coverage A"):

### SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

COMPLAINT FOR DECLARATORY
RELIEF – 11

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

  **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

  **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

  **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   **(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   [...]

CG 00 01 10 01

   4.5   The 09-14 Policies contain the following Coverage A Exclusions:

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. […]

[...]

**j. Damage To Property**

"Property damage" to:

   **(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement,

restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in your care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including contents of such premises, rented to you for a period of 7 days or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented to You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

COMPLAINT FOR DECLARATORY
RELIEF – 14

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

[…]

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

CG 00 01 10 01

The 09-10 Policy, 10-11 Policy, and 11-12 Policy contain the following Contractual Liability Exclusion:

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

CG 00 01 10 01

The 12-13 Policy, 13-14 Policy, and 14-14 Policy contain the following Contractual Liability Exclusion:

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed by you in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

which damages to which this insurance applies are alleged.

CG 00 01 10 01 as modified by CG D4 21 07 08

4.6    The 09-10 Policy, 10-11 Policy, and 11-12 Policy grant coverage for personal injury, advertising injury, and web site liability under the following Insuring Agreement ("Coverage B"):

**COVERAGE B PERSONAL INJURY, ADVERTISING INJURY AND WEB SITE INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury", "advertising injury" or "web site injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury", "advertising injury" or "web site injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** — Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

COMPLAINT FOR DECLARATORY
RELIEF – 18

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments — Coverages **A** and **B**.

**b.** This insurance applies to:

**(1)** "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

**(2)** "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services; or

**(3)** "Web site injury" caused by an offense committed in the course of the visual or audio presentation of material on "your web site" or in the numerical expression of computer code used to enable "your web site";

But only if the offense was committed in the "coverage territory" during the policy period.

With respect to subparagraph **b. (1)** above, bulletins, financial or annual reports, or newsletters that are not published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters will not be considered publishing.

CG 00 01 10 01 as modified by CG D2 34 01 05

The 12-13 Policy, 13-14 Policy, and 14-14 Policy contain the following Coverage B Insuring Agreement:

COMPLAINT FOR DECLARATORY
RELIEF – 19

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** — Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments — Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

CG 00 01 10 01

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

4.7    The 09-10 Policy, 10-11 Policy, and 11-12 Policy contain the following relevant Coverage B exclusions:

**2. Exclusions**

This insurance does not apply to:

**a.  Knowing Violation Of Rights Of Another**

"Personal injury", "advertising injury" or "web site injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal injury", "advertising injury" or "web site injury".

**b.  Material Published With Knowledge of Falsity**

"Personal injury", "advertising injury" or "web site injury" arising out of oral, written or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity.

[…]

**e.  Contractual Liability**

"Personal injury", "advertising injury" or "web site injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

**(1)** "Personal injury" liability assumed in a contract or agreement that is a "insured contract", provided the "personal injury" arises out of an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

damages because of "personal injury" provided:

**(a)** Liability to such party for, or the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged; or

**(2)** "Personal injury", "advertising injury" or "web site injury" that the insured would have in the absence of the contract or agreement.

**f. Breach of Contract**

"Advertising injury" or "web site injury" arising out of a breach of contract.

[…]

**n. Dishonest, Fraudulent Or Malicious Acts**

"Web site injury" arising out of dishonest, fraudulent, criminal or malicious acts, errors or omissions committed by any insured, or by anyone for whom the insured is legally responsible, whether acting alone or with other insureds.

CG 00 01 10 01, as modified by CG D2 34 01 05; see also CG D3 16 07 04

The 12-13 Policy, 13-14 Policy, and 14-14 Policy contain the following relevant Coverage B exclusions:

**2. Exclusions**

This insurance does not apply to:

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

### a. Knowing Violation Of Rights Of Another

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury."

### b. Material Published With Knowledge of Falsity

"Personal injury" or "advertising injury" arising out of oral or written publication, including publication by electronic means, of material, if done by or at the direction of the insured with knowledge of its falsity.

[…]

### e. Contractual Liability

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

This exclusion also does not apply to liability for damages because of "personal injury" assumed by you in a contract or agreement that is an "insured contract", provided that the "personal injury" is caused by an offense committed subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed by you in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured will be deemed to be damages because of "personal injury", provided that:

**(a)** Liability to such party for, or the cost of, that party's defense has also been assumed in the

same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**f.  Breach of Contract**

"Advertising injury" arising out of a breach of contract.

CG 00 01 10 01 as modified by CG D4 71 02 09

4.8    The 14-14 Policy contains the following endorsement with regard to defense cost reimbursement:

**WASHINGTON CHANGES – DEFENSE COSTS**

This endorsement modifies insurance provided under the following:
[...]
COMMERCIAL GENERAL LIABILITY COVERAGE PART
[...]
**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

**1.**  Section **I** of the Commercial General Liability
[...]
Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that none of the claims ("claims"), for which we

provided a defense or defense costs, are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred. The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

IL 01 23 11 13

4.9    The 09-10 Policy, 10-11 Policy, and 11-12 Policy contain the following terms with regard to duties of an insured in event of a loss:

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

[...]

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.  To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

Notice of an "occurrence" or of an offense which may result in a claim must be given as soon as practicable after knowledge of the "occurrence" or offense has been reported to you, or one of you "executive officers" (if you are a corporation), one of your partners who is an individual (if you are a partnership), one of your managers (if you are a limited liability company), or an "employee"

COMPLAINT FOR DECLARATORY
RELIEF – 26

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

(such as an insurance, loss control or risk manager or administrator) designated by you to give such notice.

Knowledge by another "employee" of an "occurrence" or offense does not imply that you also have such knowledge.

Notice to us of such "occurrence" or of an offense which may result in a claim will be deemed to be given as soon as practicable to us if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently gave notice of the "occurrence" or offense to us as soon as practicable after you, one of you "executive officers" (if you are a corporation), one of your partners who is an individual (if you are a partnership), one of your managers (if you are a limited liability company), or an "employee" (such as an insurance, loss control or risk manager or administrator) designated by you to give such notice discovers that the "occurrence" or offense may involve this policy.

CG 00 01 10 01

The 12-13 Policy, 13-14 Policy, and 14-14 Policy contain the following terms with regard to duties of an insured in event of a loss:

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**
[...]
**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.  To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

      **(2)** The names and addresses of any injured persons and witnesses; and

      **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

      **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

      **(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

      **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      **(2)** Authorize us to obtain records and other information;

      **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation,

COMPLAINT FOR DECLARATORY
RELIEF – 28

or incur any expense, other than for first aid, without our consent.

**e.**  The following provisions apply to Paragraph **a.** above, but only for the purposes of insurance provided under this Coverage Part to you or any insured listed in Paragraph **1.** or **2.** of Section **II** – Who Is An Insured:

**(1)** Notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of you managers who is an individual (if you are a limited liability company), any of you "executive officers" or directors (if you are an organization other than a partnership, joint venture, or limited liability company) or any "employee" authorized by you to give notice of an "occurrence" or offense.

**(2)** If you are a partnership, joint venture or limited liability company, and none of your partners, joint venture members or managers are individuals, notice to us of such "occurrence" or offense must be given as soon as practicable only after the "occurrence" or offense is known by:

**(a)** any individual who is:

**(i)**  A partner or member of that partnership or joint venture;

**(ii)**  A manager of any limited liability company; or

**(iii)** An executive officer or director of any

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

other organization;

That is your partner, joint venture member or manager; or

**(b)** Any "employee" authorized by such partnership, joint venture, limited liability company or other organization to give notice of an "occurrence" or offense.

**(3)** Notice to us of such "occurrence" or of an offense will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently gave notice to us of the "occurrence" or offense as soon as practicable after any of the persons described in Paragraphs **e. (1)** or **(2)** above discovers that the "occurrence" or offense may result in sums to which the insurance provided under this Coverage part may apply.

However, if this Coverage Part includes an endorsement that provides limited coverage for "bodily injury" or "property damage" […], this Paragraph **e.** does not affect that requirement.

CG 00 01 10 01 as modified by CG D3 16 11 11

4.10   The 09-14 Policies contain the following definitions relevant to the above-referenced provisions:

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient,

inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

**a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

**b.** Your fulfilling the terms of the contract or agreement.

[...]

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

[...]

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations, in a policy schedule or in our manual of rules, states that the products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

[…]

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes

**(1)** Warranties or representations made at any time

COMPLAINT FOR DECLARATORY
RELIEF – 33

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

CG 00 01 10 01

The 09-10 Policy, 10-11 Policy, and 11-12 Policy contain the following definition of "insured contract":

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage to premises while rented to you, or temporarily occupied by you with permission of the owner, caused by: fire; explosion; lightning; smoke resulting from such fire, explosion, or lightning; or water, is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury", "property damage", or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

CG 00 01 10 01 as modified by CG D2 34 01 05 and CG D3 16 07 04

The 12-13 Policy, 13-14 Policy, and 14-14 Policy contain the following definition of "insured contract":

**9.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for "premises damage" is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party

COMPLAINT FOR DECLARATORY
RELIEF – 35

> to pay for "bodily injury", "property damage", or "personal injury" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.
>
> [...]
>
> "Premises damage" means "property damage" to:
>
> **a.** Any premise while rented to you or temporarily occupied by you with permission of the owner; or
>
> **b.** The contents of any premises while such premises is rented to you, if you rent such premises for a period of seven or fewer consecutive days.

CG 00 01 10 01 as modified by CG D4 71 02 09 and CG D3 16 11 11

The 09-10 Policy, 10-11 Policy, and 11-12 Policy contain the following definitions for "advertising injury", "personal injury", "suit", "web site injury" and "your web site":

> "Advertising injury" means injury, arising out of one or more of the following offenses:
>
> **a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;
>
> **b.** Oral, written or electron publication of material that appropriates a person's likeness, unreasonably places a person in a false light or gives unreasonable publicity to a person's private life; or

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**c.** Infringement of copyright, title or slogan, provided that claim is made or "suit" is brought by a person or organization claiming ownership of such copyright, title or slogan.

"Personal Injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

[…]

**c.** The wrongful evection from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor, provided that the wrongful eviction, wrong for entry or invasion of the right of private occupancy is performed by or on behalf of the owner, landlord or lessor of the room, dwelling or premises;

**d.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged; or

[…]

"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "Personal injury", "advertising Injury" or "website injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

[…]

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

"Web site injury" means injury, other than "personal injury" or "advertising injury", arising out of one or more of the following offenses:

**a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

[…]

"Your web site" means all computer files and data which may be accessed via the Internet using the Universal Resource Locator that includes any domain name owned by or assigned to you.

CG 00 01 10 01 as modified by CG D2 34 01 05

The 12-13 Policy, 13-14 Policy, and 14-14 Policy contain the following definitions for "advertisement", "advertising injury", "personal injury", and "personal and advertising injury":

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

[…]

**14.** "Personal and advertising injury" means "personal injury" or "advertising injury".

[…]

"Advertising Injury":

**a.** Means injury, other than "personal injury", caused by one or more of the following offenses:

   **(1)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

[…]

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

[…]

"Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses:

   **(1)** False arrest, dentition or imprisonment;

   **(2)** Malicious prosecution;

   **(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided that the wrongful eviction, wrongful entry, or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

COMPLAINT FOR DECLARATORY
RELIEF – 39

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

(**4**) Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

[…]

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

CG 00 01 10 01 as amended by CG D4 71 02 09

## C.    Identification of the Commercial Excess Liability Policies

4.11    Travelers also issued business/commercial excess liability (umbrella) policies to CAG, CRM, and LSL which were in effect from April 26, 2009 through November 1, 2014. These policies provided commercial general liability coverage under the terms and conditions set forth therein. The excess policy numbers and policy periods are set forth below:

| Policy Number | Insuring Entity | Policy Period | Hereinafter Referred to As: |
|---|---|---|---|
| DTSM-CUP-2442M85A-TIL-09 | TPCCA | 04/26/09-04/26/10 | 09-10 Excess Policy |
| DTSM-CUP-2442M85A-TIL-10 | TPCCA | 04/26/10-04/26/11 | 10-11 Excess Policy |
| DTSM-CUP-2442M85A-TIL-11 | TPCCA | 04/26/11-04/26/12 | 11-12 Excess Policy |
| DTSM-CUP-2442M85A-TIL-12 | TPCCA | 04/26/12-04/26/13 | 12-13 Excess Policy |
| DTSM-CUP-2442M85A-TIL-13 | TPCCA | 04/26/13-04/26/14 | 13-14 Excess Policy |
| DTSM-CUP-2442M85A- | TPCCA | 04/26/14- | 14-14 Excess |

COMPLAINT FOR DECLARATORY
RELIEF – 40

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

| TIL-14 | | 11/01/14 | Policy |

The above-referenced excess policies are hereinafter collectively referred to as the "Excess Policies".

4.12    The 09-10 Excess Policy, 10-11 Excess Policy, 11-12 Excess Policy, and 12-13 Excess Policy provide excess liability coverage with limits up to $2,000,000 each occurrence and $2,000,000 general aggregate. The 13-14 Excess Policy and 14-14 Excess Policy provide excess liability coverage with limits up to $5,000,000 each occurrence and $5,000,000 general aggregate. The Excess Policies also include a $10,000 retained limit of liability.

4.13    The Excess Policies identify the Underlying Insurance as follows:

| Excess Policy | Underlying General Liability Insurance |
|---|---|
| 09-10 Excess Policy (DTSM-CUP-2442M85A-TIL-09) | 09-10 Policy (DT-CO-2442M85A-IND-09) |
| 10-11 Excess Policy (DTSM-CUP-2442M85A-TIL-10) | 10-11 Policy (DT-CO-2442M85A-IND-10) |
| 11-12 Excess Policy (DTSM-CUP-2442M85A-TIL-11) | 11-12 Policy (DT-CO-2442M85A-COF-11) |
| 12-13 Excess Policy (DTSM-CUP-2442M85A-TIL-12) | 12-13 Policy (DT-CO-2442M85A-COF-12) |
| 13-14 Excess Policy (DTSM-CUP-2442M85A-TIL-13) | 13-14 Policy (DT-CO-2442M85A-IND-13) |
| 14-14 Excess Policy (DTSM-CUP-2442M85A-TIL-14) | 14-14 Policy (DT-CO-2442M85A-IND-14) |

**D.**    **Provisions of the Commercial Excess Liability Policies**

4.14    The Excess Policies contain the same provisions as the 09-14 Policies

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

with regard to who qualifies as an insured. See form UM 00 01 11 03.

4.15   The Excess Policies contain the following commercial excess insuring agreement:

### COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

[…]
**SECTION I – COVERAGES**

**COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY; and COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY.**

**1. INSURING AGREEMENT.**

    **a.** We will pay on behalf of the insured the "ultimate net loss" in excess of the "applicable underlying limit" which the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies.

    This insurance applies to "bodily injury" or "property damage" only if:

        **(i)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place anywhere in the world;

        **(ii)** The "bodily injury" or "property damage" occurs during the policy period;

        **(iii)** Prior to the policy period, no insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** and no employee authorized by you to give or receive notice

COMPLAINT FOR DECLARATORY
RELIEF – 42

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized employee knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

This insurance applies to "personal injury" or "advertising injury" caused by an "offense" committed during the policy period, anywhere in the world.

[…]

**c.** "Property damage" that is loss of use of tangible property that is not physically injured shall be deemed to occur at the time of the "occurrence" that caused it.

**d.** The amount we will pay for damages is limited as described in **SECTION III – LIMITS OF INSURANCE.**

The following provisions apply only with respect to Parts **1.a.(i), (ii)** and **(iii)** above:

**1.** "Bodily injury" or "property damage which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of **Section II – Who Is An Insured** or any employee authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

**2.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** or any employee authorized by you to give or receive notice of an "occurrence" or claim:

**(a)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(b)** Receives a written or verbal demand or claim for damages because of "bodily injury" or "property damage"; or

**(c)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

## 2. DEFENSE OF CLAIMS OR SUITS.

**a.** We will have no duty to defend any claim or "suit" that any other insurer has a duty to defend. If we elect to join in the defense of such claims or "suits", we will pay all expenses we incur.

**b.** We will have the right and duty to defend any "suit" for damages which are payable under Coverages **A** or **B** (including damages wholly or partly within the "retained limit") but which are not payable by a policy of "underlying insurance", or any other available insurance, because:

**(1)** Such damages are not covered; or

**(2)** The "underlying insurance" has been exhausted by the payment of claims.

**c.** We may investigate and settle any claim or "suit" in **b.** above at our discretion.

**d.** Our right and duty in **b.** above end when we have

COMPLAINT FOR DECLARATORY
RELIEF – 44

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

used up the "applicable limit of insurance" in the payment of judgments or settlements.

**e.** We will pay, with respect to any claim or "suit" we defend in **b.** above:

**(1)** All expenses we incur,

**(2)** The cost of appeal bonds and bonds to release attachments, but only for bond amounts within the "applicable limit of insurance". We do not have to furnish these bonds.

**(3)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**(4)** All costs taxed against the insured in the "suit",

**(5)** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have:

> **(a)** paid, or offered to pay; or

> **(b)** deposited in court;

The part of the judgement that is within the "applicable limit of insurance".

**(6)** Prejudgment interest awarded against the insured on the part of the judgment we pay. If we make an offer to pay the "applicable limit of insurance", we will not pay any prejudgment interest based on that period of time after the offer.

COMPLAINT FOR DECLARATORY
RELIEF – 45

Lether Law Group
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1    These payments will not reduce the limits of insurance.

2   UM 00 01 11 03

3    The 12-13 Excess Policy, 13-14 Excess policy, and 14-14 Excess Policy

4   contain the following modifying endorsement:

5

6    **AMENDMENT OF DEFENSE OF CLAIMS OR**
    **SUITS – REASONABLE EXPENSES INCURRED**
7    **BY THE INSURED AT OUR REQUEST**
    […]
8    The following replaces Paragraph **e.(3)** of Paragraph **2.,**
    **DEFENSE OF CLAIMS OR SUITS.,** of **SECTION I –**
9    **COVERAGE A. BODILY INJURY AND PROPERTY**
    **DAMAGE     LIABILITY;     and     COVERAGE     B.**
10   **PERSONAL INJURY AND ADVERTISING INJURY**
    **LIABILITY.**:
11

12    **(3)** All reasonable expenses incurred by the insured at our
        request to assist us in the investigation or defense of the
13        claim or "suit", including actual loss of earnings up to
        $500 a day because of time off from work.
14

15   UM 04 75 07 08

16    The 11-12 Excess Policy, 12-13 Excess Policy, 13-14 Excess policy, and 14-

17   14 Excess Policy contain the following endorsement regarding crisis management

18   services:

19

20    **Crisis Management Service Expenses**

21    We will reimburse you, or pay on your behalf, "crisis
    management service expenses" incurred for a "crisis
22    management event" that:

23
        **(1)** First commences during the policy period; and

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

**(2)** You report to us by telephone within 24 hours after it first commences.

The amount we will pay for "crisis management service expenses" is limited as described in **SECTION III LIMITS OF INSURANCE**. A "crisis management event" will be deemed to first commence at the time when any of your "designated executive officers" first becomes aware of any "occurrence" or "offense" resulting in such "crisis management event".

The "retained limit" does not apply to "crisis management service expenses".

Any payment of "crisis management service expenses" that we make under this policy will not be determinative of our obligations under this policy with respect to any claim or "suit" or create any duty to defend or indemnify any insured for any claim or "suit".

UM 06 03 11 10

4.16    The Excess Policies contain the following relevant exclusions:

**3.      EXCLUSIONS.**

This insurance does not apply to:
[...]
**b. "Advertising Injury" "Offenses"**

**(1) Breach of Contract**

"Advertising injury" arising out of a breach of contract,
[…]
**d.    Contractual Liability**

"Bodily injury", "property damage", "personal

injury" or "advertising injury" for which the insured assumed liability under a contract or agreement. This exclusion does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" to which any policy of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance, or any renewal or replacement thereof, applies or would apply but for the exhaustion of its limits of liability. Coverage provided will follow the same provisions, terms, definitions, exclusions, limitations and conditions of policy(ies) of "underlying insurance" listed in the SCHEDULE OF UNDERLYING INSURANCE of the DECLARATIONS of this insurance.

UM 00 01 11 03 as amended by UM 04 04 11 03 and UM 05 11 02 09

The 09-10 Excess Policy, 10-11 Excess Policy, and 11-12 Excess Policy contain the following exclusion for real and/or personal property:

**EXCLUSION – REAL AND/OR PERSONAL PROPERTY**
[…]
This endorsement modifies the insurance provided for the following property:
[…]
    [X] Real property

    [X] Personal property

As respects the type(s) of property checked above, this insurance does not apply to "property damage" to:

    **1.** property you own, rent, or occupy;

    **2.** property loaned to you; or

COMPLAINT FOR DECLARATORY
RELIEF – 48

**3.** property in your care, custody, or control.

Parts **2.** And **3.** Above do not apply to liability assumed under a sidetrack agreement.

UM 00 30 01 86

4.17   The Excess Policies exclude coverage for **Expected or Intended Injury, Knowing Violation Of Rights Of Another, Material Published With Knowledge of Falsity, Damage to Property, Damage to Impaired Property Or Property Not Physically Injured,** and **Recall of Products, Work Or Impaired Property** under substantively the same language contained in the 09-14 Policies discussed above. *See ¶* 4.5 and 4.7.

4.18   The 09-10 Excess Policy, 10-11 Excess Policy, and 11-12 Excess Policy contain the Excess Personal, Advertising and Web Site Injury Liability Endorsement, form UM 03 55 08 00 (hereinafter, the "EPAW Endorsement"):

**EXCESS PERSONAL, ADVERTISING AND WEB SITE
INJURY LIABILITY**

[…]
Only as respects the insurance provided by this endorsement, none of the insuring agreements, terms, definitions or exclusions of the policy to which this endorsement is attached apply, except for **SECTION IV - CONDITIONS.**

**SECTION I – INSURING AGREEMENT**

**1.**   We will pay on behalf of the insured those sums, in

COMPLAINT FOR DECLARATORY
RELIEF – 49

excess of the amount payable under the terms of any Personal, Advertising and Web Site Injury Liability Insurance included in the "underlying insurance", that the insured becomes le-gally obligated to pay as damages because of:

**a.** "Personal injury" and "advertising injury"; and,

**b.** "Web site injury" caused by an offense committed in the course of the visual or audio presentation of material on "your web site" or in the numerical expression of computer code used to enable "your web site";

provided that the Personal, Advertising and Web Site Injury Liability Insurance applies or would apply except for the exhaustion of its "underlying personal, advertising or web site injury liability limit",

**2.** The amount we will pay is limited as described in **SECTION III – LIMITS OF INSURANCE** in this endorsement.

**3.** This insurance is subject to the same insuring agreements, terms, definitions, exclusions and conditions as any Personal, Advertising and Web Site Injury Liability Insurance included in the "underlying insurance", except for the provisions of this endorsement.

**SECTION II – WHO IS AN INSURED**

Any person or organization qualifying as an insured subject to the terms and provisions of any Personal, Advertising and Web Site Injury Liability Insurance included in the "underlying insurance" is an insured under the insurance provided by this endorsement.

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**SECTION III – LIMITS OF INSURANCE**

**1.** As respects the insurance provided by this endorsement, the Limit of Insurance shown in the Declarations of the policy to which this endorsement is attached and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit shown in the Declarations of the policy to which this endorsement is attached is the most we will pay for all sums payable under this endorsement.

The sum of all payments made under this endorsement and all payments made under the policy to which it is attached shall not exceed the General Aggregate Limit shown on the Declarations of the policy to which this endorsement is attached.

**3.** Subject to **2.** Above, the Personal, Advertising and Web Site Injury Limit is the most we will pay under COVERAGE B for the sum of all damages because of all "personal injury", all "advertising injury" and all "web site injury" sustained by any one person or organization.

**SECTION IV – MAINTENANCE OF UNDERLYING PERSONAL, ADVERTISING AND WEBSITE IN-JURY LIABILITY INSURANCE**

The insurance afforded by the Personal, Advertising and Web Site Injury Liability insurance included in   the

"underlying insurance" in the Declarations of the policy to which this endorsement is attached will be maintained for the full term of this endorsement. This provision does not apply to the reduction of the "underlying personal, advertising and web site injury liability limit" due to payment of claims or "suits" arising out of damages. As coverage for Personal, Advertising and Web Site Injury Liability insurance included in the "underlying insurance" expires, you will renew it at limits at least equal to the expiring limits of insurance.

If you fail to comply with the above, this insurance is not invalidated. However, in the event of a loss, we will pay only to the extent that we would have paid had you so complied.

**SECTION V – CONDITIONS**

Any references to "advertising injury" or "personal injury" throughout **SECTION IV – CONDITIONS** of the policy to which this endorsement is attached, will have the same meaning as defined below in **SECTION VI – DEFINITIONS** of this endorsement.

**SECTION VI – DEFINITIONS**

1.  "Advertising injury" has the same meaning as defined in any Personal, Advertising and Web Site Injury Liability insurance included in the "underlying insurance" of policies listed in the Schedule of Underlying Insurance on the policy to which this endorsement is attached.

2.  "Personal injury" has the same meaning as defined in any Personal, Advertising and Web Site Injury Liability insurance included in the "underlying insurance" of policies listed in the Schedule of Underlying Insurance on the policy to which this endorsement is attached.

COMPLAINT FOR DECLARATORY
RELIEF – 52

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

3. "Suit" has the same meaning as defined in any Personal, Advertising and Web Site Injury Liability insurance included in the "underlying insurance" of policies listed in the Schedule of Underlying Insurance on the policy to which this endorsement is attached.

4. "Underlying insurance" means the policy(ies) listed in the Schedule of Underlying Insurance on the policy to which this endorsement is attached, and includes any renewal or replacement of such policy(ies).

5. "Underlying insurer" means any insurer which provides a policy(ies) listed in the Schedule of Underlying Insurance on the policy to which this endorsement is attached.

6. "Underlying personal, advertising and web site injury liability limit" means the amount of insurance stated in the "underlying insurance" in the Declarations of the policy to which this endorsement is attached, less the amount by which any aggregate limit so stated has been reduced solely due to payment of claims.

The limits of insurance in any policy of "underlying insurance" will apply even if:

a. The "underlying insurer" claims the insured failed to comply with any condition of the policy; or

b. The "underlying insurer" becomes bankrupt or insolvent.

7. "Your web site" has the same meaning as de-fined in any Personal, Advertising and Web Site Injury Liability insurance included in the "underlying insurance" of policies listed in the Schedule of Underlying Insurance on the policy to which this endorsement is attached.

COMPLAINT FOR DECLARATORY
RELIEF – 53

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**8.** "Web site injury" has the same meaning as de-fined in any Personal, Advertising and Web Site Injury Liability insurance included in the "underlying insurance" of policies listed in the Schedule of Underlying Insurance on the policy to which this endorsement is attached.

UM 03 55 08 00

4.19    The Excess Policies contain the following provisions with regard to an insured's duties in event of a loss:

**SECTION IV – CONDITIONS**
[…]
**5. DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE, CLAIM OR SUIT.**

**a.** You must see to it that we are notified promptly of an "occurrence" or an "offense" which may result in a claim under this insurance. Notice should include:

**(1)** How, when and where the "occurrence" or "offense" took place; and
**(2)** The names and addresses of any injured persons and witnesses.

**b.** If a claim is made or "suit" is brought against any insured which may result in a claim against this insurance, you must see to it that we receive prompt written notice of the claim or "suit".

**c.** The insured must:

**(1)** Cooperate with the "underlying insurers";

**(2)** Comply with the terms of the "underlying insurance"; and

COMPLAINT FOR DECLARATORY
RELIEF – 54

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

(**3**) Pursue all rights of contribution or indemnity against any person or organization who may be liable to the insured because of "bodily injury", "property damage", "personal injury" or "advertising injury" with respect to which insurance is provided under this or any policy of "underlying insurance".

**d.** When we believe that a claim may exceed the "underlying insurance", we may join with the insured and the "underlying insurer" in the investigation, settlement and defense of all claims and "suits" in connection with such "occurrence" or "offense". In such event, the insured must cooperate with us.

UM 00 01 11 03

The 11-12 Excess Policy, 12-13 Excess Policy, 13-14 Excess Policy, and 14-14 Excess Policy contain the following modifying endorsement:

### CRISIS MANAGEMENT SERVICES EXPENSES

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**
[…]
**4.** The following is added to Paragraph **5.**, **DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT.**, in **SECTION IV CONDITIONS.:**

In addition to reporting a "crisis management event" to us by telephone within 24 hours after the "crisis management

COMPLAINT FOR DECLARATORY
RELIEF – 55

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

event" first commences, you must also provide written notice of such "crisis management event" to us as soon as practicable. Reporting and notice should include:

**a.** How, when and where the "crisis management event" took place;

**b.** The names and addresses of any injured persons and witnesses;

**c.** The nature and location of any "bodily injury", "property damage", "personal injury" or "advertising injury" caused by the "occurrence" or "offense" out of which the "crisis management event" arises; and

**d.** How the "crisis management event" has resulted, or may result, in damages, in excess of the "applicable underlying limit", because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies and has resulted, or may result, in significant adverse regional or national media coverage.

If we determine that the crisis no longer exists and we have notified you of such determination, you must submit to us all "crisis management services expenses" within 180 days after the date of such notice. Expenses submitted after such 180-day period are not reimbursable.

UM 06 03 11 10

Additionally, the 13-14 Excess Policy and 14-14 Excess Policy contain the following modifying endorsement:

**THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY**

**AMENDMENT OF DUTIES IN THE EVENT OF**

COMPLAINT FOR DECLARATORY
RELIEF – 56

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## OCCURRENCE OR OFFENSE, CLAIM OR SUIT AND REPRESENTATION CONDITIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY (UMBRELLA) INSURANCE

**PROVISIONS**

**1. KNOWLEDGE AND NOTICE OF OCCURRENCE OR OFFENSE**

The following is added to Paragraph **5., DUTIES IN THE EVENT OF OCCURRENCE OR OFFENSE, CLAIM OR SUIT., of SECTION IV — CONDITIONS.:**

**e.** The following provisions apply to Paragraph **a.** above, but only for the purposes of the insurance provided under this policy to you or any insured listed in Paragraph **1.** or **2. a., b., d.** or **e.** of **SECTION II — WHO IS AN INSURED.**:

**(1)** Notice to us of such "occurrence" or "offense" must be given as soon as practicable only after the "occurrence" or "offense" is known to you (if you are an individual), any of your partners or members who is an individual (if you are a partnership or joint venture), any of your managers who is an individual (if you are a limited liability company), any of your trustees who is an individual (if you are a trust), any of your executive officers or directors (if you are an organization other than a partnership, joint venture, limited liability company or trust) or any employee authorized by you to give notice of an "occurrence" or "offense".

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**(2)** If you are a partnership, joint venture, limited liability company or trust, and none of your partners, joint venture members, managers or trustees are individuals, notice to us of such "occurrence" or "offense" must be given as soon as practicable only after the "occurrence" or "offense" is known by:

**(a)** Any individual who is:

    **(i)** A partner or member of any partnership or joint venture;

    **(ii)** A manager of any limited liability company;

    **(iii)** A trustee of any trust; or

    **(iv)** An executive officer or director of any other organization;

that is your partner, joint venture member, manager or trustee; or

**(b)** Any employee authorized by such partnership, joint venture, limited liability company, trust or other organization to give notice of an "occurrence" or "offense".

**(3)** Notice to us of such "occurrence" or "offense" will be deemed to be given as soon as practicable if it is given in good faith as soon as practicable to your workers' compensation insurer. This applies only if you subsequently give notice to us of the "occurrence" or "offense" as soon as practicable after any of the persons described in Paragraphs **e. (1)** or **(2)** above discovers that the "occurrence" or "offense" may result in sums to

which the insurance provided under this policy may apply.

However, if this policy includes an endorsement that provides limited coverage for "bodily injury" or "property damage" or pollution costs arising out of a discharge, release or escape of "pollutants" which contains a requirement that the discharge, release or escape of "pollutants" must be reported to us within a specific number of days after its abrupt commencement, this Paragraph **e.** does not affect that requirement.

UM 04 77 07 08

4.20    The Excess Policies also contain the following relevant definitions:

**3.**    "Applicable underlying limit" means:

**a.**    If the policies of "underlying insurance" apply to the "occurrence" or "offense", the greater of:

**(1)** The amount of insurance stated in the policies of "underlying insurance" in the Declarations or any other available insurance less the amount by which any aggregate limit so stated has been reduced solely due of payment of claims; or

**(2)** The "retained limit" shown in the Declarations; or

**b.**    If the policies of "underlying insurance" do not apply to the "occurrence" or "offense", the amount stated in the Declarations as the "retained limit".

The limits of insurance in any policy of "underlying insurance" will apply even if:

COMPLAINT FOR DECLARATORY
RELIEF – 59

**(i)** The "underlying insurer" claims the insured failed to comply with any condition of the policy; or

**(ii)** The "underlying insurer" becomes bankrupt or insolvent.

[…]

**8.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**9.** "Offense" means any of the offenses listed in the definition of "personal injury" or "advertising injury". **2.** "Applicable limit of insurance" means the maximum amount we will pay as damages in accordance with **SECTION III – LIMITS OF INSURANCE.**

[…]

**13.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

[…]

**14.** "Retained limit" is the sum stated in the Declarations as such. If the policies of "underlying insurance" do not apply to the "occurrence" or "offense", the insured shall retain this amount as self insurance with respect to:

**a.** "Bodily injury" or "property damage" caused by each "occurrence"; or

**b.** "Personal injury" or "advertising injury" sustained

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

by any one person or organization and caused by an "offense".

**15.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding alleging such damages to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**16.** "Ultimate net loss" means the sum actually paid or payable due to a claim for which the insured is liable either by a settlement to which we agreed or a final judgment. Such sum will include proper adjustments for recoveries and salvage.

**17.** "Underlying insurance" means the policies listed in the Schedule of Underlying Insurance and includes:

   **a.** Any renewal or replacement of such policies; and

   **b.** Any other insurance available to the insured.

**18.** "Underlying insurer" means any insurer which provides a policy listed in the Schedule of Underlying Insurance or any other insurance available to the insured.

UM 00 01 11 03 as amended by UM 04 04 11 03

    The 09-10 Excess Policy, 10-11 Excess Policy, and 11-12 Excess Policy contain the following definition of "advertising injury" and "personal injury":

COMPLAINT FOR DECLARATORY
RELIEF – 61

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**1.** "Advertising injury" means injury arising out of one or more of the following "offenses":

    **a.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged;

[…]

Such "offenses" must be committed in the course of advertising your goods or products.

[…]

**10.** "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

[…]

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor, provided that the wrongful eviction, wrongful entry or invasion of the right of private occupancy is performed by or on behalf of the owner, landlord or lessor of that room, dwelling or premises;

    **d.** Oral, written or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or whose goods, products or services have allegedly been disparaged; or

[…]

Such "offenses" must arise out of the conduct of your business, excluding advertising, publishing, broadcasting

COMPLAINT FOR DECLARATORY
RELIEF – 62

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

or telecasting done by or for you.

UM 00 01 11 03

The 12-13 Excess Policy, 13-14 Excess policy, and 14-14 Excess Policy contain the following definitions of "advertising injury" and "personal injury":

"Advertising Injury":

**a.** Means injury, other than "personal injury", caused by one or more of the following offenses:

**(1)** Oral or written publication, including publication by electronic means, of material in your "advertisement" that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged;

[…]

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

[…]

"Personal injury":

**a.** Means injury, other than "advertising injury", caused by one or more of the following offenses arising out of your business:

**(1)** False arrest, dentition or imprisonment;

**(2)** Malicious prosecution;

**(3)** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, provided

COMPLAINT FOR DECLARATORY
RELIEF – 63

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

that the wrongful eviction, wrongful entry, or invasion of the right of private occupancy is committed by or on behalf of the owner, landlord or less or of that room, dwelling or premises;

**(4)** Oral or written publication, including publication by electronic means, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, provided that the claim is made or "suit" is brought by a person or organization that claims to have been slandered or libeled, or that claims to have had its goods, products or services disparaged; or

[...]

**b.** Includes "bodily injury" caused by one or more of the offenses described in Paragraph **a.** above.

[...]

"Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

UM 05 11 02 09

The 11-12 Excess Policy, 12-13 Excess Policy, 13-14 Excess Policy, and

14-14 Excess Policy contain the following relevant definitions:

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

"Crisis management event" means an event arising out of an "occurrence" or an "offense" that any of your "designated executive officers" reasonably determines has resulted, or may result, in:

**a.** Damages, in excess of the "applicable underlying limit", because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies; and

**b.** Significant adverse regional or national media coverage about you.

"Crisis management service expenses" means the reasonable and necessary expenses you incur, after a "crisis management event" first commences and before such event ends, to:

**a.** Retain a public relations or crisis management consultant or firm; or

**b.** Plan or implement your public relations campaign; to mitigate the negative publicity generated from a "crisis management event".

A "crisis management event" will be deemed to end when we determine that the crisis no longer exists, or when the Crisis Management Service Expenses Limit has been exhausted, whichever is earlier.

"Designated executive officer" means:

**a.** Chief Executive Officer;

**b.** Chief Operating Officer;

**c.** Chief Financial Officer;

**d.** President;

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

    **e.** General Counsel;

    **f.** Any person acting in the same capacity as any position listed in Paragraph **a.** through **e.** above;

    **g.** Any of your lawfully elected or appointed officials, executive officers, directors, trustees or commissioners, or your risk manager or any leader of your risk management or other department that is responsible for insurance matters, if you are a public entity or a college or school; or

UM 06 03 11 10

**E.**    **The 98-00 Commercial General Liability Policies**

    4.21   Travelers also issued multiple commercial general liability policies to CAG, CRM, and LSL which were in effect from April 26, 1998 through April 26, 2000. The policy numbers and policy periods are set forth below:

| Policy Number | Insuring Entity | Policy Period | Hereinafter Referred to As: |
|---|---|---|---|
| 1MP301443230 | FGIC | 04/26/98 to 04/26/99 | FGIC Policy |
| KK08400088 | St. Paul | 04/26/99 to 04/26/00 | St. Paul Policy |

These Policies are hereinafter referred to as the "98-00 Policies".

    4.22   The FGIC Policy provided commercial primary general liability coverage with an each occurrence limit of $1,000,000 and general and products/completed operations aggregate limits of $2,000,000. The primary coverage was provided pursuant to the terms and conditions of form CG 00 01 (01 96 ed.). Form CG 00 01 (01 96 ed.) contains an insuring agreement and exclusions

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

similar in material respects to the 09-14 Policies. See IV. B., above.

4.23  The FGIC Policy also provided commercial umbrella liability coverage, with a $2,000,000 each incident limit and $2,000,000 general aggregate and products/completed operations aggregate limits. The umbrella liability coverage was afforded pursuant to the terms and conditions of form CL/UL 00 01 (02 93 ed.).

4.24  The St. Paul Policy provided Contractors Commercial General Liability Protection pursuant to form 47175 (04-91 ed), which provided a $1,000,000 each event limit, and a $2,000,000 general total limit. Form 47175 (04-91 ed) contains an insuring agreement and exclusions similar in material respects to the above-cited 09-14 Policies. See IV. B., above.

4.25  Travelers reserves the right to assert any other language from the 98-00 Policies, 09-14 Policies, or the Excess Policies that may be potentially applicable to this matter.

4.26  In accordance with applicable Washington law, Travelers now brings this claim for Declaratory Judgment seeking a judicial determination that they do not owe any defense or indemnity obligations to CAG, CRM, LSL, or the Sali Defendants for some or all of the claims asserted against them in the Underlying Arbitration.

## V.    NO COVERAGE IS AVAILABLE TO CAG, CRM, AND LSL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

**UNDER THE 09-14 POLICIES**

5.1    Travelers reasserts paragraphs 1.1 through 4.26 and incorporates the same as though fully stated herein.

5.2    The 09-14 Policies provide that individuals who are members or managers of limited liability companies and individuals who are "executive officers", directors, and stockholders of organizations may qualify as Insureds with respect to their duties as members, managers "executive officers", directors, and/or stockholders.

5.3    There is an actual and justiciable controversy as to whether the Sali Defendants qualify as Insureds under the 09-14 Policies based on their status and duties as members, managers "executive officers", directors, and/or stockholders of CAG, CRM, and/or LSL.

5.4    Under Coverage A, the 09-14 Policies provide coverage for damages because of "property damage" caused by an "occurrence", as those terms are defined, provided that any such " "property damage" occurs during the policy period and the insured did not know, in whole or in part, about the alleged "property damage" prior to the inception of any applicable policy period.

5.5    There is an actual and justiciable controversy as to whether the claims against CAG, CRM, LSL, and the Sali Defendants involve claims for "property damage", as that term is defined.

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

5.6     There is an actual and justiciable controversy as to whether the claims against CAG, CRM, LSL, and the Sali Defendants involve an "occurrence", as that term is defined.

5.7     There is an actual and justiciable controversy as to whether the claims against CAG, CRM, LSL, and the Sali Defendants involve "property damage" that occurred during any of the applicable policy periods.

5.8     There is an actual and justiciable controversy as to whether the claims against CAG, CRM, LSL, and the Sali Defendants had knowledge, in whole or in part, of any alleged "property damage" prior to the inception of one or more of the 09-14 Policies' policy periods.

5.9     Under Coverage A, the 09-14 Policies exclude coverage for "property damage" expected or intended from the standpoint of the insured.

5.10    There is an actual and justiciable controversy as to whether CAG, CRM, LSL, or the Sali Defendants expected or intended any alleged "property damage".

5.11    The 09-14 Policies exclude coverage for contractual liability, as described in exclusions 2.b. (Coverage A) and 2.e. (Coverage B), above. See ¶ 4.5 and ¶ 4.7.

5.12    There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants is precluded by the exclusions for

COMPLAINT FOR DECLARATORY
RELIEF – 69

contractual liability, as described in exclusions 2.b. (Coverage A) and 2.e. (Coverage B), above. See ¶ 4.5 and ¶ 4.7.

5.13   Under Coverage A, the 09-14 Policies exclude coverage for "property damage" to property as described in exclusion 2.j., above. See, ¶ 4.5.

5.14   There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants is precluded by the damage to property exclusions described in exclusion 2.j., above. See, ¶ 4.5.

5.15   Under Coverage A, the 09-14 Policies exclude coverage for "property damage" to impaired property or property that has not been physical injured as described in exclusion 2.m., above.

5.16   There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants is precluded by the exclusion for impaired property or property that has not been physical injured as described in exclusion 2.m., above.

5.17   Under Coverage A, the 09-14 Policies exclude coverage for the recall of products, work, or impaired property as described in exclusion 2.n., above.

5.18   There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants is precluded by the exclusion for the recall of products, work, or impaired property as described in exclusion 2.n., above.

5.19   Under Coverage B, the 09-14 Policies provide coverage for damages

COMPLAINT FOR DECLARATORY
RELIEF – 70

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

for "personal injury" and "advertising injury". The 09-10 Policy, 10-11 Policy, and 11-12 Policy also include coverage for damages because of "web site injury". For coverage to apply, the personal injury, advertising injury, or web site injury must be caused by an offense committed during the 09-14 Policies' policy periods.

5.20    There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants are obligated to pay damages because of "personal injury", as that term is defined.

5.21    There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants are obligated to pay damages because of "advertising injury", as that term is defined.

5.22    There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants are obligated to pay damages because of "web site injury", as that term is defined.

5.23    There is an actual and justiciable controversy as to whether CAG, CRM, LSL, and the Sali Defendants' alleged liability for personal injury, advertising injury, and web site injury was caused by an offense committed during the 09-14 Policies' policy periods.

5.24    Under Coverage B, the 09-14 Policies exclude coverage for the knowing violation of rights of another as described in exclusion 2.a., above. See, ¶ 4.7.

COMPLAINT FOR DECLARATORY
RELIEF – 71

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

5.25    There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants is precluded by the exclusion for knowing violation of rights of another as described in exclusion 2.a., above.

5.26    Under Coverage B, the 09-14 Policies exclude coverage for material published with knowledge of falsity, as described in exclusion 2.b., above.

5.27    There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants is precluded by the exclusion for material published with knowledge of falsity, as described in exclusion 2.b., above.

5.28    Under Coverage B, the 09-14 Policies exclude coverage for breach of contract, as described in exclusion 2.f., above.

5.29    There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants is precluded by the exclusion for breach of contract, as described in exclusion 2.f., above.

5.30    Under Coverage B, the 09-10 Policy, 10-11 Policy, and 11-12 Policy exclude coverage for dishonest, fraudulent or malicious acts, as described in exclusion 2.n., above.

5.31    There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants is precluded by the exclusion for dishonest, fraudulent or malicious acts, as described in exclusion 2.n., above.

5.32    The 09-14 Policies contain duties that must be fulfilled by insureds as

COMPLAINT FOR DECLARATORY
RELIEF – 72

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

a condition of coverage.

5.33    There is an actual and justiciable controversy as to whether CAG, CRM, LSL, and the Sali Defendants have complied with their duties as insureds.

5.34    Under the 14-14 Policy, if TIC initially provides a defense or pays for a defense but later determines that none of the claims for which TIC provided a defense or defense costs are covered under the 14-14 Policy, TIC has the right to reimbursement for the defense costs it has incurred.

5.35    There is an actual and justiciable controversy as to whether TIC is entitled to reimbursement of amounts paid to defend CAG, CRM, LSL, and the Sali Defendants in the Underlying Arbitration.

5.36    Travelers reserves the right to assert any other exclusions or grounds for which coverage for the claims against CAG, CRM, LSL, and the Sali Defendants may be excluded under the 09-14 Policies and the 98-00 Policies.

## VI.    NO COVERAGE IS AVAILABLE TO CAG, CRM, AND LSL UNDER THE EXCESS POLICIES

6.1    Travelers reasserts paragraphs 1.1 through 5.36 and incorporates the same as though fully stated herein.

6.2    The Excess Policies contain insuring agreements and exclusionary provisions which are the same or substantively similar to provisions contained in the 09-14 Policies. There are actual and justiciable controversies with regard to the

COMPLAINT FOR DECLARATORY
RELIEF – 73

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

application of those provisions to the claims asserted in the Underlying Arbitration for the reasons set forth above in Section V.

6.3    The Excess Policies only provide coverage, if at all, for liability in excess of any other collectible insurance available to an insured.

6.4    There is an actual and justiciable controversy as to whether any covered liability exceeds other collectible insurance available to CAG, CRM, LSL, and the Sali Defendants.

6.5    The 11-12 Excess Policy, 12-13 Excess Policy, 13-14 Excess Policy, and 14-14 Excess Policy provide coverage for "crisis management service expenses" incurred for a "crisis management event", as those terms are defined, that first commences during the subject policy period.

6.6    There is an actual and justiciable controversy as to whether CAG, CRM, LSL, and the Sali Defendants have incurred any "crisis management service expenses" for a "crisis management event", as those terms are defined.

6.7    There is an actual and justiciable controversy as to whether a "crisis management event", as that term is defined, first commenced during the 11-12 Excess Policy, 12-13 Excess Policy, 13-14 Excess Policy, and 14-14 Excess Policy's policy periods.

6.8    The 09-10 Excess Policy, 10-11 Excess Policy, and 11-12 Excess Policy exclude coverage for property damage to real and/or personal property, as

COMPLAINT FOR DECLARATORY
RELIEF – 74

Lether Law Group
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

described in form UM 00 30 01 86, above. See, ¶ 4.18.

6.9     There is an actual and justiciable controversy as to whether coverage for CAG, CRM, LSL, and the Sali Defendants is precluded by the exclusion for property damage to real and/or personal property, as described in form UM 00 30 01 86, above. See, ¶ 4.18.

6.10    Travelers reserves the right to assert any other exclusions or grounds for which coverage for the claims against CAG, CRM, LSL, and the Sali Defendants may be excluded under the Excess Policies.

## VII.   NO COVERAGE IS AVAILABLE TO CAG, CRM, AND LSL UNDER THE 98-00 POLICIES

7.1     Travelers reasserts paragraphs 1.1 through 6.10 and incorporates the same as though fully stated herein.

7.2     The 98-00 Policies contain insuring agreements and exclusionary provisions which are substantively similar to provisions contained in the 09-14 Policies.

7.3     There are actual and justiciable controversies as to the application of those provisions and whether any coverage is available to CAG, CRM, LSL, and the Sali Defendants under the 98-00 Policies with regard to the claims asserted in the Underlying Arbitration for the reasons set forth above in Section V.

7.4     Travelers reserves the right to assert any other exclusions or grounds

COMPLAINT FOR DECLARATORY
RELIEF – 75

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

for which coverage for the claims against CAG, CRM, LSL, and the Sali Defendants may be excluded under the 98-00 Policies.

## VIII.  CAUSE OF ACTION FOR DECLARATORY RELIEF

8.1    Travelers reasserts paragraphs 1.1 through 7.4 and incorporates the same as though fully stated herein.

8.2    Actual and justiciable controversies exist as to whether any defense obligations are owed to CAG, CRM, LSL, and the Sali Defendants under the 98-00 Policies, the 09-14 Policies, and the Excess Policies in regard to the claims asserted against CAG, CRM, LSL, and the Sali Defendants in the Underlying Arbitration.

8.3    Pursuant to and in accordance with 28 U.S.C. § 2201, Travelers requests that the Court grant declaratory relief in favor of Travelers and enter a judicial determination that Travelers does not have an obligation to defend CAG, CRM, LSL, and the Sali Defendants in regard to the claims asserted against CAG, CRM, LSL, and the Sali Defendants in the Underlying Arbitration under the 98-00 Policies, the 09-14 Policies, and the Excess Policies.

8.4    Actual and justiciable controversies exist as to whether any indemnity coverage is available to CAG, CRM, LSL, and the Sali Defendants under the 98-00 Policies, the 09-14 Policies, and the Excess Policies in regard to the claims asserted against CAG, CRM, LSL, and the Sali Defendants in the Underlying Arbitration.

8.5    Pursuant to and in accordance with 28 U.S.C. § 2201, Travelers

COMPLAINT FOR DECLARATORY
RELIEF – 76

requests that the Court grant declaratory relief in favor of Travelers and enter a judicial determination that Travelers does not have an obligation to provide any indemnity coverage to CAG, CRM, LSL, and the Sali Defendants in regard to the claims asserted against CAG, CRM, LSL, and the Sali Defendants in the Underlying Arbitration under the 98-00 Policies, the 09-14 Policies, and the Excess Policies.

## IX.    PRAYER FOR RELIEF

WHEREFORE, Travelers, having alleged the foregoing, now prays for the following relief:

1.    For a declaration of the rights and obligations of the parties hereto under the 98-00 Policies, the 09-14 Policies, and the Excess Policies.

2.    For a declaration that Travelers has no duty to defend CAG, CRM, LSL, and the Sali Defendants under the 98-00 Policies, the 09-14 Policies, and the Excess Policies.

3.    For a declaration that Travelers has no duty to indemnify CAG, CRM, LSL, and the Sali Defendants under the 98-00 Policies, 09-14 Policies, and the Excess Policies.

4.    For a judicial declaration that the Interstate is bound by any judicial declarations in this matter involving the 98-00 Policies, 09-14 Policies, and the Excess Policies.

5.    To the extent allowed by applicable law, for reimbursement of any and

COMPLAINT FOR DECLARATORY
RELIEF – 77

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

all defense costs, fees, or expenses incurred by TIC in defending CAG, CRM, LSL, and the Sali Defendants in the Underlying Arbitration under the 14-14 Policy for which TIC has no defense obligation.

6.     For all pre-judgment and post-judgment interest as allowed by applicable law.

7.     For attorney fees, interest and costs allowed by applicable law.

8.     For other and further relief as the Court deems just and equitable.

Dated this 13th day of July, 2021.

LETHER LAW GROUP

*/s/ Thomas Lether*
*/s/ Eric Neal*
*/s/ Kasie Kashimoto*
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA#31863
Kasie Kashimoto, WSBA #54268
1848 Westlake Ave N., Suite 100
Seattle, WA  98109
P: 206-467-5444 / F: 206-467-5544
tlether@letherlaw.com
eneal@letherlaw.com
kkashimoto@letherlaw.com
*Counsel for Plaintiffs*

COMPLAINT FOR DECLARATORY
RELIEF – 78

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544