# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company; THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company; THE CHARTER OAK FIRE INSURANCE COMPANY, a foreign insurance company; ST. PAUL GUARDIAN INSURANCE COMPANY, a foreign insurance company; and FIDELITY AND GUARANTY INSURANCE COMPANY, a foreign insurance company,<br><br>      Plaintiffs,<br><br>v.<br><br>COLUMBIA ASPHALT & GRAVEL, INC., a Washington company; COLUMBIA READY- MIX, INC. , a Washington company; LSL PROPERTIES, LLC, a Washington limited liability company; LAWRENCE SALI, an individual; STEVEN SALI, an individual; DELETA SALI, an individual; | NO: 1:21-CV-3094-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

|   |   |
|---|---|
| GAYLE SALI, an individual, and INTERSTATE CONCRETE AND ASPHALT COMPANY, a foreign company,<br><br>                                    Defendants. |   |

BEFORE THE COURT is the parties' Stipulation and Proposed Order of Dismissal (ECF No. 39). The parties agree that this case and Plaintiff's claims against Defendants and Defendants' respective claims against Plaintiffs shall be dismissed with prejudice and without costs or further recovery pursuant to Federal Rule of Civil Procedure 41(a)(1) and Local Civil Rule 41(a)(1). The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or further recovery.

2. Any pending deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED June 1, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2